■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN CHISOLM, Appellant. [671 NYS2d 656] —Judgment, Supreme Court, New York County (Jeffrey Atlas, J.), rendered April 29, 1996, convicting defendant, upon his plea of guilty, of at-

tempted burglary in the second degree, and sentencing him, as a persistent violent felony offender, to a term of 6 years to life, unanimously affirmed.

The court properly denied, after a hearing, defendant's motion to withdraw his plea, since the record demonstrates that defendant knowingly and voluntarily pleaded guilty and received effective assistance of counsel (*see, People v Ford*, 86 NY2d 397, 404; *People v Spinks*, 227 AD2d 310, *lv denied* 88 NY2d 995).

We see no reason to disturb the hearing court's credibility determinations, which are supported by the record. Concur—Sullivan, J. P., Ellerin, Nardelli, Rubin and Mazzarelli, JJ.